IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr84

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>DANIEL RAY WALLACE (3) )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court upon motion of the defendant pro se for to receive credit for jail time. (Doc. No. 37).

In the motion, the defendant requests that the Court order credit for good time that he spent in local jails. However, the Supreme Court has held that only the Attorney General, through the Bureau of Prisons, may compute jail credit. <u>United States v. Stubbs</u>, No. 97-4948, 153 F.3d 724 (4th Cir. 1998) (unpublished) (citing <u>United States v. Wilson</u>, 503 U.S. 329, 112 S. Ct. 1351, 117 L. Ed.2d 593 (1992)).

**IT IS, THEREFORE, ORDERED,** that the defendant's pro se motion to received jail credit (Doc. No. 37) is DENIED.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

Signed: August 1, 2006

Robert J. Conrad, Jr.
Chief United States District Judge