IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW 3:05CR84-3 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| DANIEL RAY WALLACE. ) | **WRIT OF EXECUTION** |

TO THE UNITED STATES MARSHAL:

A judgment was entered on July 24, 2006, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Daniel Ray Wallace, whose last known address is Rock Hill, SC 29730, in the sum of $31,721.00. The US Clerk of Court balance on the account as of August 12, 2009, is $28,223.01.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on the coin collection the defendant, Daniel Ray Wallace, surrendered to the US Marshals Service pursuant to this Court's Order dated July 24, 2006.

**SO ORDERED**.                      Signed: October 15, 2009

_____
David S. Cayer
United States Magistrate Judge